Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID A. BRAY,

    Plaintiff,

    v.

NANCY A. BERRYHILL,
Deputy Commissioner of Social Security for Operations,

    Defendant.

No. 3:17-cv-05648-BAT

ORDER AWARDING EAJA FEES

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion to Award EAJA Fees, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,073. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010), payment of this award shall be made via check or electronic payment sent to

ORDER – PAGE 1
CASE: 3:17-cv-05648-BAT

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310

Christopher Lyons, address: P.O. Box 1645, Coupeville, WA 98239.   After the Court issues the order for EAJA fees, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the EAJA fees are subject to any offset allowed under the Treasury Offset Program.  If the EAJA fees are not subject to any offset, the EAJA attorney's fees will be paid directly to the order of plaintiff's attorney, Christopher Lyons.

DATED this 24th day of April, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Christopher T. Lyons
CHRISTOPHER T. LYONS
Attorney for Plaintiff
WSBA # 26350
P.O. Box 1645
Coupeville, WA 98239
Phone: 360-675-9310

ORDER – PAGE 2
CASE:   3:17-cv-05648-BAT